UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:09-00226 |
| ) | JUDGE CAMPBELL |
| EDWING RONAL MORALES | |

ORDER

Pending before the Court is a Motion is the Government's Motion to Dismiss Counts One, Thirty, and Thirty-Five of the Indictment (Docket No. 169). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE